1042

[No. 25932-0-II. Division Two. March 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNE LEE COZAD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02763-1, Stephanie A. Arend, J., entered May 5, 2000. *Remanded* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 26131-6-II. Division Two. March 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. EDMUND DAILEY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-1-01219-2, Terry K. McCluskey and Karen B. Conoley, JJ., entered June 9, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 26198-7-II. Division Two. March 1, 2002.]

*In the Matter of the Marriage of* SUSAN MERLEEN ZONGAS, *Appellant*, and JAMES WILLIAM ZONGAS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-3-02691-9, Kitty-Ann van Doorninck, J., entered June 16, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Morgan and Seinfeld, JJ.

[No. 26624-5-II. Division Two. March 1, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN LYNN VASSEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-03495-6, Thomas P. Larkin, J., entered November 2, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld and Houghton, JJ.